**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Reinaldo Abreu Montes De Oca,
Petitioner,

v.

Unknown Party,
Respondent.

No. CV-26-02280-PHX-MTL (ASB)

**ORDER**

Petitioner, a native and citizen of Cuba, filed a pro se § 2241 petition on April 2, 2026, while detained at the Florence Correctional Center. Respondent answered the petition on April 21, 2026, asserting Petitioner was not entitled to relief. (Doc. 10). As of the date of this order, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returns "zero (0) matching records" for an individual with Petitioner's A number and a birth country of Cuba.

Accordingly,

**IT IS ORDERED that** Respondent shall have until **September 10, 2026**, to file notice advising whether Petitioner is detained by the Department of Homeland Security within the United States, or Petitioner has been removed from the United States or released from detention and the petition is therefore moot.

Dated this 4th day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge