**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Reinaldo Abreu Montes De Oca,<br>Petitioner,<br>v.<br>Unknown Party,<br>Respondent. | No. CV-26-02280-PHX-MTL (ASB)<br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondent to respond to the Petition. (Doc. 3.) On September 10, 2026, Respondent filed a Status Report indicating Petitioner was released on July 16, 2026. (Doc. 20.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 11th day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge